Juan Fidencio Flores #11416
_Name and Prisoner/Booking Number_

Tulare County Pre-trial
_Place of Confinement_

36714 Rd. 112
_Mailing Address_

Visalia, Ca. 93291
_City, State, Zip Code_

**FILED**

**RECEIVED**

AUG 01 2024

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

AUG 01 2024

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Juan Fidencio Flores
_(Full Name of Plaintiff)_      Plaintiff,

v.

(1) Tular County Sheriff's Department Sheriff
_(Full Name of Defendant)_

(2) Deputy Renteria

(3) Intergrated Wellness Solution Dr. Brar

(4)

Defendant(s).

☑ Check if there are additional Defendants and attach page 1-A listing them

CASE NO. 1:24-cv-00888 BAM
_(To be supplied by the Clerk)_
(PC)

## CIVIL RIGHTS COMPLAINT
## BY A PRISONER

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: Tulare County Pre-trial    Visalia, Ca 93291

## B. DEFENDANTS

1. Name of first Defendant: Mike Boudreaux _____. The first Defendant is employed as:
   Sheriff _____ at Tulare County Sheriff's Department .
   (Position and Title)                                    (Institution)

2. Name of second Defendant: Deputy Renteria _____. The second Defendant is employed as:
   Deputy _____ at Tulare County Pretrial .
   (Position and Title)                                    (Institution)

3. Name of third Defendant: Dr. Braz _____. The third Defendant is employed as:
   Doctor for Intergrated Wellness Solutions at Tulare County Pretrial .
   (Position and Title)                                    (Institution)

4. Name of fourth Defendant: Judge Antonio Reyes _____. The fourth Defendant is employed as:
   Judge _____ at Tulare County Superior Court .
   (Position and Title)                                    (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
         _____.

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
         _____.

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
         _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: Cruel and Unusual Punishment

2. **Claim I**. Identify the issue involved. Check **only one**. State additional issues in separate claims.

☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☒ Retaliation
☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

I filed a grievance due to being housed in a holding cell with a bed that don't meet A.D.A. regulations. It couldn't make a phone call because one has to stand to speak into the speaker. I also asked for a bedside table so that I may place my food on, as well as write letters. Sgt. Sandoval said that she would work on these issues. The very next day I was moved out of the hospital unit to unit 2-A-109, an ADA cell and the deputy said here's your accommodations. Theres a desk, and phones during dayroom. I am paralyzed with open sores requiring medical care. By moving me, I get less treatment and my bandages soaked through, however I was told I got my phone & desk. I filed another grievance over the retaliation. My wound treatment was being done within the unit and deputies would lockdown the entire unit, causing other inmates to get upset. After this grievance was filed FTO Deputy Rodriguez notified me that I would be moved right back to the OPH unit cell 152. The exact cell I was moved from. I stated in the grievance that moving me from my medical environment that I was first placed in, that in the words of Sgt. Biley "You were placed in OPH due to it being the best option considering your medical issue." It's a violation of my civil rights, that it's illegal to use any reason for a reasonable accommodation to take away another federally protected right. I have since been relocated to OPH-154, a much smaller cell, given a bedside table & access to the phone. While in this cell, my left leg got caught between the bed and wall and either is broken or fractured. Several custody staff said it's a medical issue, not a custody problem. I have stated in grievances that the Sheriff Mike Boudreaux is responsible for me as a prisoner in all manners.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
My pressure ulcers got infected, plus the injury to my leg has gone untreated.

5. **Administrative Remedies:**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No

b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No

c. Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## CLAIM II

1. State the constitutional or other federal civil right that was violated: American's With Disabilities Act

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☐ Basic necessities    ☐ Mail    ☐ Access to the court    ☐ Medical care
   ☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation
   ☐ Excessive force by an officer    ☒ Threat to safety    ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 06/02/2024 and 05/2024 I was transported to court by Deputy Renteria in an illegal and demeaning manner. I am paralyzed and he instructed me to drag and pull myself up the steps of the rear entrance to the transport van and sit on the floor of the van. I requested the transport van and Deputy Renteria said that if I don't get into that van, he will mark that I refused to go to court. On 06/12/2024 while inmate King pulled the neck of my shirt while shackled. I lost my balance and hit my head. We pulled me into a sitting position while deputy Renteria shut the rear door smashing my left foot. My foot began bleeding, it was left on the floor and transported from PreTrial to Visalia main jail. Upon getting out of the van my bloody foot touched Deputy Johnson's stomach and left blood on it. No medical attention was given. Once I was taken through the tunnel to the court building, deputy Nguyen hit my foot into the door to the holding cell between department 8. It left a blood streak across the bottom portion of the door. When I confronted deputy Nguyen, he states he isn't the one with 4 D.U.I.'s. On 06/13/2024 Sgt. Sandoval and Deputy Renteria came to my cell to take photos and Sgt. Sandoval questioned me about my grievance regarding this same deputy photographing my injuries, as well as causing them. When I told Sgt. Sandoval that my foot was smashed, deputy Renteria stated he waited till my foot crossed the threshold before closing the door. When I removed my sock, my foot started bleeding again. I told deputy Renteria "then why is my foot bleeding?" He responded that it was my right foot that got hit. When I asked deputy Renteria why I was transported on the floor of the van, deputy Renteria stated that I wasn't transported on the floor. That, that wasn't how he remembers it, that I was transported on the bottom, not the floor. I asked what is the bottom of the van? I asked if the bottom was the undercarriage of the van or is it the floor. He stated "the bottom." At this point I told deputy Renteria

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   While at Kaweah Health Hospital, for a seperate issue, the staff had to cut off the tissue from the toe nails coming off. This all took a physical and mental toll. I am currently on physciatric medications to try to get through the day.

5. **Administrative Remedies.**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes    ☐ No

   b. Did you submit a request for administrative relief on Claim II?    ☒ Yes    ☐ No

   c. Did you appeal your request for relief on Claim II to the highest level?    ☒ Yes    ☐ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____.

4 (A)

that "you are so chicken expletive, that you can't even tell the truth and say floor." Sgt. Sandoval told me about my language, and said "there's two sides to every story." To which I replied," true, there is the truth, and there is "bull expletive." Again I was told about my language. I asked Sgt. Sandoval, why did she bring the victimizer to photo and question the victim, and think it was going to go well? I further stated that 10 to 15 years ago, before all the security cameras, and body cams, the deputy would have got away with this behavior and lies. Sgt. Sandoval stated the video would be reviewed and they both left.

Lt. C Jones responded that my "complaint has been reviewed and resolved." Further stating "We have taken steps necessary for corrective measure. This will not happen again, if in the future any staff attempt to transport you in an improper way, please ask to speak to the on duty supervisor to assist you."

**CLAIM III**

1. State the constitutional or other federal civil right that was violated: _Cruel and Unusual punishment_.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Since my arrest on 05/21/2024 I have been denied adequate medical care. I take a medication for several years named Sertraline that stops Ubladder spasms and allows me to urinate. I was denied my medication, which caused me to not be capable of passing urine through the catheter. So the urine to travel within my body until it burned an exit and left me sitting and sleeping in my own urine. I was sent to the emergency room because the medical staff here can not really tried my supra pubic catheter due to nobody holds the license to do so. This issue became a problem again the last week of June, which caused me to go to the E.R again. Twice in the same weekend. In July I was still sitting in my urine. I was told the only way to get the medication was through mental health as an anti-depressant. I finally had no other option. So I told the phstc doctor that I am depressed and need Sertraline. Three days later I am urinating properly. RN Jill told other nurses "that I tried attacking RN Ezequil" with a part of my wheelchair which was a lie. When I reported that RN Ezequil did I have reactive issues stemming from the streets. RN Jill then stated the nurse is named Enrique. Most of the medical staff turn their I.D badges so nobody knows their names to file grievances. Whatever the RN's name was in June, neither name is currently his name. His badge says Juan Muniz. Due to these two liars, my wound treatment was ignored. Combined with the urine, macerated my skin.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   I have dead tissue/flesh. Several infections. I have a broken leg or foot. My mental health has been effected fighting for my life daily. Emotionally I have given up hope and wished for death instead of lying in my urine and dying slowly.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____.

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

5(A)

as well as my wounds getting infected. My urine issue caused infections to my kidneys, I got fever & chills. On 07/01/2024 Dr. Brar changed my wound dressings from twice a day, every day. To just once a day, only on Monday, Wednesday, and Friday. Within a week, my wounds developed necrotic tissue. I was running fever, chills and night sweat. Medical staff taking my vitals said nothing is wrong with me, yet I was given a shot of antibiotics as well as pill form. On 07/12/2024, Dr. Brar, with RN Liz and several others performed a minor surgical procedure to remove 70% of the dead tissue from my wounds. This surgical procedure took place in my cell, while I was awake because I was told, you're paralyzed, you don't even feel pain! That is very incorrect, my body merely registers pain differently. I get nauseated, my tempeture goes up, and my mind gets dizzy then I pass out. My cell has ants, spiders, and was never cleaned and sanitized prior to me being housed in it. However, without the procedure, I would have died, and I have no other options for treatment. The patient in OPH-152 was transported to the hospital to have the exact same treatment done on his arm. RN Jill on 06/29/2024 told Deputy Bolden to let me know that she didn't have to change my dressings and treat my wounds. That was at 4:00 p.m. Ten hours I waited and asked for my treatment, yet two hours before her shift ends RN Jill knew that she wouldn't have time for my treatment. However, RN Jill treated the patient in cell 152 afterwards. She treated others, had time to take personal phone calls as well as sit down on the computer.

1 of 2

5 (A)

I reported all these issues to Benjamin Mitchell of Intergrated Wellness Solutions. Benjamin stated that records show that I am seen each morning by the CNA for physical mobility. I said that is a lie, the CNA has never came to my cell. He stated that a RN checks on me 6 to 8 times a day. Again I told Ben that isn't true either. Benjamin, at my door got on Amazon.com to purchase Hollister 2 3/4 colostomy supplies, even showed me the phone to ensure the supplies are correct. Later that same day; RN Sarah asks me about the same supplies, and I told her that Benjamin already bought them, right in front of me. RN Sarah said that Ben got a hold of her to order them. Either which way, I have yet to receive a single one of the colostomy supplies either of them ordered!

## E. REQUEST FOR RELIEF

State the relief you are seeking:
I request that the Pre-Trial facility be brought to ADA standards. Purchase more wheelchair lifts and have a minimum of two(2) per facility. That deputies all take certified courses regarding A.D.A. as well as H.E.P.P.A laws. Remodel the OPH unit into an actual medical environment with ADA cells. Purchase exam tables that lower so paralized people have access. as well as a recreational area for those housed within the OPH. Fire both custody and medical staff who violated my rights.or lied on documents. As well as $10,000,000.00 dollars for all the pain, humiliation, the negligence, the retaliation and for the mental & emotional damages I have suffered.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/23/2024
_____
DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.