# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN FIDENCIO FLORES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BOUDREAUX, *et al.*,<br><br>　　　　Defendants. | No. 1:24-cv-00888-KES-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF ACTION FOR FAILURE TO PROSECUTE AND FAILURE TO OBEY A COURT ORDER<br><br>(Doc. 8) |

Plaintiff Juan Fidencio Flores is a former county jail inmate proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 13, 2025, the assigned magistrate judge screened plaintiff's complaint and granted him leave to file a first amended complaint or a notice of voluntary dismissal within thirty days. (Doc. 6.) Plaintiff was warned that failure to comply with the Court's screening order would result in dismissal of this action with prejudice. (*Id.* at 15.) On January 22, 2025, the screening order was returned as "Undeliverable, Not in Custody." *See* docket. Plaintiff did not file an amended complaint, update his address, or otherwise communicate with the Court.

Thereafter, on March 10, 2025, the magistrate judge issued findings and recommendations recommending dismissal of this action, with prejudice, for failure to obey a court order, failure to prosecute, and for failure to state a claim. (Doc. 8.) Those findings and recommendations were

1  served on plaintiff and contained notice that any objections thereto were to be filed within
2  fourteen days after service.  (*Id.* at 16–17.)  Plaintiff has not filed objections or otherwise
3  communicated with the Court, and the deadline to do so has expired.
4       In accordance with the provisions of 28 U.S.C. § 636 (b)(1), this Court has conducted a de
5  novo review of the case.  Having carefully reviewed the file, the Court concludes that the findings
6  and recommendations to dismiss this action for failure to prosecute and failure to obey a court
7  order are supported by the record and by proper analysis.
8       Accordingly:
9       1.    The findings and recommendations issued on March 10, 2025, (Doc. 8), are
10           adopted;
11      2.    This action is dismissed, without prejudice, due to plaintiff's failure to obey a
12           court order and failure to prosecute; and
13      3.    The Clerk of the Court is directed to close this case.
14
15
16 IT IS SO ORDERED.
17     Dated:   July 22, 2025
18                                        UNITED STATES DISTRICT JUDGE

2